UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
UNITED STATES OF AMERICA,                                               :
                                                                        :
          -v-                                                           :          23-CR-257-03 (PAE)
                                                                        :
ANTHONY BONILLA,                                                        :          ORDER
                                                                        :
                              Defendant.                                :
                                                                        :
------------------------------------------------------------------------X

PAUL A. ENGELMAYER, United States District Judge:

          IT IS HEREBY ORDERED that the defendant is remanded to the custody of the United

States Marshals.

          SO ORDERED.

Dated: May 13, 2024                              _____
          New York, New York                            PAUL A. ENGELMAYER
                                                         United States District Judge